IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:25cr70-MHT |
| | ) | (WO) |
| CHRISTIAN ALEXANDER PORTER | ) | |

ORDER

Upon consideration of defendant's emergency motion to extend the date for surrender to the Bureau of Prisons (Doc. 57), which is unopposed, it is ORDERED that the motion is granted, and defendant Christian Alexander Porter shall surrender for service of sentence at the institution designated by the Bureau of Prisons before 2:00 p.m. on March 20, 2026.

DONE, this the 16th day of March, 2026.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE